UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

AUG 2007
ALVIN K. HELLERSTEIN

------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER      :   21 MC 100 (AKH)
SITE LITIGATION                         :   (All Cases)
                                        :
------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :   (All Cases)
                                        :
------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER       :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE       :   (All Cases)
LITIGATION (straddler plaintiffs)       :
                                        :
------------------------------------------------x

### ORDER ADMITTING COUNSEL PRO HAC VICE

This matter having been brought by the Court by motion to admit W. Steven Berman *pro hac vice* to appear and participate as counsel for Plaintiffs filed by Worby Groner Edelman & Napoli Bern, LLP in the above referenced Master Dockets, the supporting Affirmations and Certificate of Good Standing; it is hereby

ORDERED, that, pursuant to Local Civil Rule 1.3(c) of this Court, W. Steven Berman is admitted pro hac vice to practice before this Court as counsel in all cases filed by Worby Groner Edelman & Napoli Bern, LLP in the above Master Dockets.

Dated: 9/5/07

_____
Hon. Alvin K. Hellerstein